ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>CHRISTIAN LOPEZ-MONTIEL,<br><br>Defendant. | CASE NO.: 1:25-MJ-00089-SAB<br><br>MOTION TO UNSEAL SUPERVISED RELEASE VIOLATION PETITION |

## **MOTION TO UNSEAL**

On/about August 19, 2025, Defendant Christian Lopez-Montiel (Defendant) was arrested on an arrest warrant issued by the Hon. James A. Soto, Senior United States District Judge, United States District Court for the District of Arizona, in connection with a Petition for Warrant to Revoke Supervised Release (the "Petition").

Defendant is in custody in this District and making Defendant's initial appearance tomorrow in this District. Accordingly, the United States asks that the Court order that the Petition and related case filings be unsealed.

ORDER TO UNSEAL

Dated: August 19, 2025

ERIC GRANT
United States Attorney

By: /s/ Jeffrey Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Petition for Warrant to Revoke Supervised Release (the "Petition") in this matter and related case filings be unsealed.

IT IS SO ORDERED.

Dated: **August 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge